**ORDERED ACCORDINGLY.**

Dated: October 26, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22592

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William B. Skinner, III and Tania L. Ackley<br>    Debtors.<br><br>U.S. Bank, National Association<br>    Movant,<br>    vs.<br><br>William B. Skinner, III and Tania L. Ackley, Debtors, Jill H. Ford, Trustee.<br><br>    Respondents. | No. 2:10-BK-19688-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 9, 2007 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and William B. Skinner, III and Tania L. Ackley have an interest in, further described as:

> LOT 174, OF BELL POINTE I, ACCORDING TO THE PLAT OF RECORD IN
> THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA,
> RECORDED IN BOOK 670 OF MAPS, PAGE 49, AND AFFIDAVIT OF
> CLARIFICATION RECORDED AS 2004-528990 OF OFFICIAL RECORDS;
> EXCEPT ONE-HALF OF ALL MINERAL RIGHTS AS RESERVED IN DEED
> RECORDED IN DOCKET 10510, PAGE 179; AND EXCEPT ALL MINERALS,
> OIL, GAS AND OTHER HYDROCARBON SUBSTANCES BELOW A DEPTH OF 100
> FEET BELOW THE SURFACE OF SAID PREMISES, AS RESERVED BY THE
> SANTA FE LAND IMPROVEMENT COMPANY, A CALIFORNIA CORPORATION,
> IN INSTRUMENT RECORDEOAS BOOK 412 OF DEED, PAGE 558 .

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.